AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

**FILED**

MAY 15 2023



| United States of America | ) |
|---|---|
| v. | ) |
| TERRY O'NEIL WILLIAMS JR. | ) Case No. |
|  | )     4:23-MJ-274 |
|  | ) |
|  | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   May 24, 2021 to May 8, 2023   in the county of   Denton   in the
Eastern District of   Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922 (a)(1)(a) | dealing firearms without a license |
| 18 U.S.C. §§ 922(a)(6) | making a false statement as to a material fact to an FFL |
| 18 U.S.C. §§ 922(g)(3) | being a user of marijuana in possession of a firearm |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kyle Medvetz / ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   05/15/2023  9:29 am

_____
*Judge's signature*

City and state:   Sherman, Texas        Christine A. Nowak, U.S. Magistrate Judge
*Printed name and title*